IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DARNAIL M. BRIMM-TERRY, )<br>      Plaintiff. )<br> )<br>Vs. )<br> )<br>OFFICER MATT TAYLOR, THE )<br>CITY OF EVANSVILLE, JBE1970, )<br>LLC d/b/a PISTON'S BAR ) )<br>& GRILL; JBE 3, LLC d/b/a PISTON'S )<br>BAR & GRILL; and, JASON ENGLISH )<br>d/b/a PISTON'S BAR & GRILL )<br>      Defendant. ) | Case No. |

**COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS
AND RELATED STATE LAW CLAIMS**

**COMES NOW** the Plaintiff, DARNAIL M. BRIMM-TERRY (hereinafter "PLAINTIFF"), by counsel, John Andrew Goodridge, Esq., and in his Complaint for Deprivation of Civil Rights and Related State Law Claims against Officer Matt Taylor, JBE1970, LLC; JBE 3, LLC; and, JASON ENGLISH (hereinafter "DEFENDANTS"), states as follows:

**OVERVIEW
OF
CASE AND CONTROVERSY**

PLAINTIFF brings this action against DEFENDANTS to redress DEFENDANTS' use of excessive force and battery upon the person of the PLAINTIFF, a patron of PISTON'S BAR & GRILL, by an officer of the Evansville Police Department

1

acting as both an agent and employee of the CITY OF EVANSVILLE and JBE1970, LLC; JBE 3, LLC; and, JASON ENGLISH.

## PARTIES

1.  PLAINTIFF is a resident of the City of Evansville, County of Vanderburgh, State of Indiana residing at 1254 Bella Vista Square, Evansville, Indiana 47710.

2.  DEFENDANT, MATT TAYLOR, is a law enforcement officer in the employ of the Evansville Police Department and thereby the City of Evansville, Indiana. This DEFENDANT, upon information and belief, is a resident of the City of Evansville, County of Vanderburgh, State of Indiana.

3.  DEFENDANT, CITY OF EVANSVILLE is a governmental entity charged with the responsibility of operating the Evansville Police Department and for employing and managing the employment of DEFENDANT, MATT TAYLOR.

4.  DEFENDANT, JBE1970, LLC, is an Indiana Limited Liability Company, upon information and belief, doing business as PISTON'S BAR & GRILL; and, whose principal residence is 201B S. Fulton, Evansville, Indiana 47708.

5.  DEFENDANT, JBE 3, LLC, is an Indiana Limited Liability Company, upon information and belief, doing business as PISTON'S BAR & GRILL; and, whose principal residence is 2131 W Franklin St, Evansville, IN 47712.

6.  DEFENDANT, JASON ENGLISH, is a resident of the City of Evansville, County of Vanderburgh, State of Indiana; and, upon information and belief, is the

principal and owner of both JBE1970, LLC and JBE 3, LLC. JASON ENGLISH, upon information and belief, is doing business as PISTON'S BAR & GRILL.

## JURISDICTION AND VENUE

7. Plaintiff brings this action against the DEFENDANTS to redress the deprivation of the well-established rights secured to the Plaintiff by the Fourth and Fourteenth Amendment to the Constitution of the United States of America, 42 U.S.C. §1983, and the common law.

The Fourth Amendment of the United States Constitution states, in pertinent part:

> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

U.S. Const., Amend. IV.

8. Plaintiff is a citizen of the State of Indiana or a political subdivision thereof; and, a resident of Vanderburgh County, Indiana. The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1331, 1332, and 1343(a)(3), and 42 U.S.C. §1983.

10. Plaintiff also invokes the supplemental jurisdiction of the Court over the Plaintiff's claims against the defendants for common law violations pursuant to 28 U.S.C. §1367, as the common law claims form a part of the same case and controversy.

11. Venue is proper in the district pursuant to 28 U.S.C. §1391.

## CONDUCT IN QUESTION

**12.** PLAINTIFF was at PISTON'S BAR & GRILL on the night of December 3, 2016 and early morning of December 4, 2016.

**13.** The DEFENDANTS, each or any of them, are believed to own and operate PISTON'S BAR & GRILL, which is not an entity in and of itself, but appears to be a d/b/a of each and/or all and/or a combination of the DEFENDANTS.

**13.** The PLAINTIFF never exhibited behavior threatening violence or participated in any violence.

**14.** A confrontation erupted between female patron's of DEFENDANTS, PISTON'S BAR & GRILL,

**15.** PLAINTIFF, believing a female friend and companion of the PLAINTIFF was being assaulted by another female patron, and the PLAINTIFF moved to protect his female friend and companion from an impending battery.

**16.** At this time, OFFICER MATT TAYLOR, who, upon information and belief, was a security person working for PISTON'S BAR & GRILL as well as in his capacity as a law enforcement officer in the employ of the Evansville Police Department and the CITY OF EVANSVLLE, forcibly seized the PLAINTIFF, tasered the PLAINTIFF, and slammed the PLAINTIFF to the ground.

**17.** After being taken to the ground, the PLAINTIFF continued to be assaulted by OFFICER MATT TAYLOR and an unknown employee of the DEFENDANT, PIRSON'S BAR & GRILL. While OFFICER MATT TAYLOR was forcibly trying to

handcuff the temporarily disabled PLAINTIFF, the unknown employee of PISTON'S BAR and GRILL physically accosted the PLAINTFF by forcibly inserting his knee into the back of the PLAINTIFF.

18. OFFICER MATT TAYLOR and the unknown employee's attack on the PLAINTIFF did not stop.

19. The actions of OFFICER MATT TAYLOR, the unknown employee, acting within his scope of employment with the CITY OF EVANSVILLE and/or PISTON'S BAR & GRILL, were excessive and beyond any legal grant of authority and/or excuse; thereby, constituting a battery upon the person of the PLAINTIFF.

20. The tortuous actions of OFFICER MATT TAYLOR, the unknown employee, have left the PLAINTIFF with injuries.

21. The DEFENDANTS, each and/or all of them, are responsible for the injuries caused to the PLAINTIFF.

## COUNT I

## BATTERY

22. PLAINTIFF incorporates by reference all of the allegations contained in rhetorical paragraphs 1 through 21.

23. At all pertinent times hereto, OFFICER MATT TAYLOR was acting within the legal status of his employment as a law enforcement officer in the employ of the Evansville Police Department, the City of Evansville, and/or as security personnel for PISTON'S BAR & GRILL.

**24.** OFFICER MATT TAYLOR owed a duty to perform his duties owed to his employer(s) without using force upon the patrons of the bar or, in the alternative, to use only reasonable force to address conflicts arising in and/or at PISTON'S BAR & GRILL.

**25.** The beating, other abuse, and use of unreasonable, shocking, and brutal force by OFFICER MATT TAYLOR, acting within his scope of employment, when the PLAINTIFF was unarmed and did not pose a threat of death or bodily injury to others, was without justification or provocation, was excessive, and constitutes battery for which the DEFENDANTS are liable.

**26.** As a proximate result of the assault and battery committed by OFFICER MATT TAYLOR, PLAINTIFF sustained severe injuries and has incurred medical bills and other expenses.

**27.** These injuries have caused PLAINTIFF great pain and suffering, both mental and physical.

**28.** DEFENDANT(S) is/are liable.

## COUNT II

## BATTERY – RESPONDEAT SUPERIOR LIABILITY

**29.** PLAINTIFF incorporates by reference all of the allegations contained in rhetorical paragraphs 1 through 28.

**30.** At all pertinent times hereto, OFFICER MATT TAYLOR and/or the unknown employee were acting within the legal status of his employment for PISTON'S BAR & GRILL.

31. OFFICER MATT TAYLOR and/or the unknown employee, acting within their scope of employment with PISTON'S BAR & GRILL, owed a duty to perform their duties owed to his employer without using force upon the patrons of the bar or, in the alternative, to use only reasonable force to address conflicts arising in the bar.

32. The beating, other abuse, and use of unreasonable, shocking, and brutal force by OFFICER MATT TAYLOR and/or the unknown employee, acting within their scope of employment, when the PLAINTIFF was unarmed and did not pose a threat of death or bodily injury to others, was without justification or provocation, was excessive, and constitutes battery for which the DEFENDANTS are liable.

33. As a proximate result of the assault and battery committed by OFFICER MATT TAYLOR and/or the unknown employee, acting within the scope of their employment with PISTON'S BAR & GRILL, PLAINTIFF sustained severe injuries and has incurred medical bills and other expenses.

34. These injuries have caused PLAINTIFF great pain and suffering, both mental and physical.

35. The master must answer; and, the DEFENDANT(S) is/are liable.

## COUNT III

### VIOLATION OF CONSTITUTIONAL RIGHTS

36. PLAINTIFF incorporates by reference all of the allegations contained in rhetorical paragraphs 1 through 35.

37. The use of excessive, unnecessary, and unreasonable force against the person of the PLAINTIFF by OFFICER MATT TAYLOR was done with actual malice

toward the PLAINTIFF and with willful and wanton indifference to and with deliberate disregard for the constitutional rights of the PLAINTIFF; and, as such was violative of the Plaintiff's constitutional rights secured to him by the Fourth and Fourteenth Amendments of the Constitution of the United States of America.

38. As such, the Plaintiff is entitled to recover damages resulting from said deprivation of constitutional rights.

## COUNT IV

**VIOLATION OF CONSTITUIONAL RIGHTS – RESPONDEAT SUPERIOR LIABILITY**

39. PLAINTIFF incorporates by reference all of the allegations contained in rhetorical paragraphs 1 through 38.

40. DEFENDANT, OFFICER MATT TAYLOR, while acting as an agent and/or employee of the DEFENDANT, CITY OF EVANSVILLE, as an officer of the Evansville Police Department, owed a duty to perform his duties without using excessive force or otherwise conducting himself in a manner so as to deprive a citizen of his constitutional or statutory civil rights.

41. That in the Evansville Police Department there exists a continuing, widespread, persistent pattern of unconstitutional misconduct by the employees of the Evansville Police Department and the DEFENDANT, CITY OF EVANSVILLE.

42. DEFENDANT, CITY OF EVANSVILLE, has shown deliberate indifference to or tacit authorization of such conduct by the DEFENDANT, CITY OF EVANSVILLE'S policymaking officials after notice to the officials of misconduct; and,

PLAINTIFF was injured by acts pursuant to DEFENDANT, CITY OF EVANSVILLE'S custom and that the custom was the moving force behind the constitutional violation.

43. At all pertinent times hereto, DEFENDANT, MATT TAYLOR, was acting within the scope and legal status of his employment as an officer of the Evansville Police Department.

42. DEFENDANT, CITY OF EVANSVILLE, is liable for the actions of its agents and employees under the doctrine of respondeat superior liability.

43. As such, the PLAINTIFF is entitled to recover from DEFENDANT, CITY OF EVANSVILLE, compensatory and exemplary damages resulting from the acts of the DEFENDANT, MATT TAYLOR, committed within the scope of his duties and/or employment.

## PRAYER

**WHEREFORE**, the PLAINTIFF, by counsel, John Andrew Goodridge, Esq., respectfully prays this district court enter judgment in favor of PLAINTIFF against DEFENDANTS in an amount not less than $100,000.00 or otherwise sufficient to compensate the PLAINTIFF for his losses.  Further, the PLAINTIFF respectfully requests the district court enter and award any and all other or additional relief just and proper in the circumstances.

                Respectfully submitted,

*/s/ John Andrew Goodridge, Esq.*
John Andrew Goodridge, Esq.    IN Atty. 19359-65
**ATTORNEY AT LAW**
1925 West Franklin Street
Evansville, Indiana 47712
Telephone:     812-423-5535
Facsimile:     812-423-7370
Email: jagoodridge@jaglo.com