**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| **DARNAIL M. BRIMM-TERRY,** )<br>    **Plaintiff.** )<br>)<br>Vs. )<br>)<br>**OFFICER MATT TAYLOR, THE** )<br>**CITY OF EVANSVILLE, JBE1970,** )<br>**LLC d/b/a PISTON'S BAR** )<br>**& GRILL; JBE 3, LLC d/b/a PISTON'S** )<br>**BAR & GRILL; and, JASON ENGLISH** )<br>**d/b/a PISTON'S BAR & GRILL** )<br>    **Defendant.** ) | Case No. 3:18-cv-232-JRS-MPB |

## MOTION TO DISMISS

**COMES NOW** the Plaintiff, DARNAIL M. BRIMM-TERRY (hereinafter "PLAINTIFF"), by counsel, John Andrew Goodridge, Esq., and files his Motion to Dismiss this case and controversy now pending in the district court. In support of the same, the Plaintiff states the following:

**1.** The Plaintiff desires to dismiss the current action with the understanding that said action was filed on the eve of the applicable statute of limitations; and, as such, said dismissal will have the effect of being a dismissal with prejudice.

**2.** That counsel for the Plaintiff has conferred with the Plaintiff about the effect of dismissing this case and controversy; and, the Plaintiff desires to proceed with the dismissal of this action.

**3.** That counsel for the Plaintiff has conferred with counsel for the Defendants; and, the Defendants have no objection to this motion to dismiss since said dismissal will have the effect of a dismissal with prejudice the refiling of any

1

action for the alleged events supporting the instant complaint will be barred by application of the appropriate statute of limitations.

**4.** That this motion is made in good faith, and is not intended to impede or delay the prompt administration of justice amongst the parties to this action.

**WHEREFORE**, the PLAINTIFF, by counsel, John Andrew Goodridge, Esq., respectfully prays this district court enter an order dismissing the instant cause and controversy with each party bearing their own costs.

Respectfully submitted,

*/s/ John Andrew Goodridge, Esq.*
John Andrew Goodridge, Esq.     IN Atty. 19359-65
**ATTORNEY AT LAW**
1925 West Franklin Street
Evansville, Indiana 47712
Telephone:     812-423-5535
Facsimile:     812-423-7370

Email: jagoodridge@jaglo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2019, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

John Goodridge, Esq.
1925 West Franklin Street
Evansville, IN 47712
jagoodridge@jaglo.com

Michael C. Keating, Esq.
KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
www.keatingandlaplante.com
ATTORNEYS FOR DEFENDANT, PISTON'S BAR & GRILL and JASON ENGLISH

Keith Vonderahe, Esq.
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, 9th Floor
Evansville, Indiana 47708
KVonderahe@zsws.com
ATTORNEYS FOR DEFENDANT, CITY OF EVANSVILLE

I hereby certify that on January 2, 2019, a copy of the foregoing Motion to Dismiss was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

No manual recipients

                                        */s/ John Andrew Goodridge, Esq.*
                                        John Andrew Goodridge, Esq.    IN Atty. 19359-65
                                        **ATTORNEY AT LAW**